# United States Court of Appeals
## For the First Circuit

No. 13-2447

UNITED STATES

Appellee

v.

JAMES J. BULGER, a/k/a Jimmy, a/k/a Whitey, a/k/a Jim

Defendant - Appellant

**ORDER OF COURT**

Entered: December 13, 2013
Pursuant to 1st Cir. R. 27.0(d)

Attorney J.W. Carney, Jr's motion to withdraw as counsel is allowed. Attorney Henry B. Brennan remains attorney of record unless and until attorney Brennan is allowed to withdraw. With the aid of Attorney Brennan, defendant-appellant shall file a form for selection of counsel as expeditiously as possible.

By the Court:

/s/ Margaret Carter, Clerk

cc:  Jonathan M. Albano
     Henry B. Brennan
     J. W. Carney Jr.
     James J. Bulger
     Dina Michael Chaitowitz
     William E. Christie
     Deana K. El-Mallawany
     Danya F. Fullerton
     Richard Gedeon

Zachary R. Hafer
Michael Joseph Heineman
Edward T. Hinchey
Steven H. Joseph
Brian T. Kelly
Frank Albert Libby
Steven M. Lundbohm
Christopher T. Meier
Andrea Milyko
Mary Beth Murrane
John E. Oh
Mark T. Quinlivan
James E. Riley
Elizabeth A. Ritvo
Fred M. Wyshak Jr.
Samir Zaganjori
Daryl Zules